# UNITED STATES DISTRICT COURT

for the

Middle District of North Carolina

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched*<br>*or identify the person by name and address)*<br><br>Information Associated with Apple iCloud Account<br>bigchop55@icloud.com, That Is Stored at Premises<br>Controlled by by Apple, Inc. | )<br>)<br>)<br>)  Case No. 1:25MJ64<br>)<br>)<br>) |

## SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____Northern_____ District of _____California_____
*(identify the person or describe the property to be searched and give its location)*:

Attachment A

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B

**YOU ARE COMMANDED** to execute this warrant on or before **March 14, 2025** *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.  ☑ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____*Joi Elizabeth Peake*_____.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*  ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:    2/28/2025 5:07 pn

*Joi Elizabeth Peake*
*Judge's signature*

City and state:     Winston-Salem, North Carolina            Hon. Joi Elizabeth Peake, United States Magistrate Judge
*Printed name and title*

| Return | | |
|---|---|---|
| Case No.:<br>1:25-MJ-64 | Date and time warrant executed:<br>3/4/25 at 16:17 | Copy of warrant and inventory left with:<br>Electronically provided to bigchop55@icloud.com |

Inventory made in the presence of :
ATF SA Byrum

Inventory of the property taken and name of any person(s) seized:

Information associated with the iCloud account bigchop55@icloud.com was received from Apple on 3/30/25.  The information was downloaded to a disk then reviewed by agent(s), and the following information was seized:

- Records regarding the identification of the account
- Emails & email headers regarding means and source of payment and regarding firearms

---

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 7/15/2025

_____
*Executing officer's signature*

SA Jonah James
_____
*Printed name and title*

ATTACHMENT A

**Property to be Searched**

This warrant applies to information associated with the following Apple iCloud Account, the SUBJECT ACCOUNT, that is stored at premises owned, maintained, controlled, or operated by Apple, Inc. ("Apple"), an electronic communications service and/or remote computing service provider headquartered at 1 Apple Park Way, Cupertino, CA 95014:

- iCloud Account assigned Apple Credential ID "bigchop55@icloud.com", and is believed to be utilized by Cameron MCCAIN

<u>ATTACHMENT B</u>

**<u>Particular Things to be Seized</u>**

I.     **Information to be disclosed by Meta Platforms, Inc.**

To the extent that the information described in Attachment A is within the possession, custody, or control of Apple, regardless of whether such information is located within or outside of the United States, and including any emails, records, files, logs, or information that has been deleted but is still available to Apple, or has been preserved pursuant to a request made under 18 U.S.C. § 2703(f), Apple is required to disclose to the government the following information to the government for each account listed in Attachment A, for the time period October 1, 2022, to February 4, 2025 in the form of the following:

a.   All records or other information regarding the identification of the account, to include full name, physical address, telephone numbers, email addresses (including primary, alternate, rescue, and notification email addresses, and verification information for each email address), the date on which the account was created, the length of service, the IP address used to register the account, account status, associated devices, methods of connecting, and means and source of payment (including any credit or bank account numbers);

b.   All records or other information regarding the devices associated with, or used in connection with, the account (including all current and past

1

trusted or authorized iOS devices and computers, and any devices used to access Apple services), including serial numbers, Unique Device Identifiers ("UDID"), Advertising Identifiers ("IDFA"), Global Unique Identifiers ("GUID"), Media Access Control ("MAC") addresses, Integrated Circuit Card ID numbers ("ICCID"), Electronic Serial Numbers ("ESN"), Mobile Electronic Identity Numbers ("MEIN"), Mobile Equipment Identifiers ("MEID"), Mobile Identification Numbers ("MIN"), Subscriber Identity Modules ("SIM"), Mobile Subscriber Integrated Services Digital Network Numbers ("MSISDN"), International Mobile Subscriber Identities ("IMSI"), and International Mobile Station Equipment Identities ("IMEI");

c. The contents of all emails associated with the account, including stored or preserved copies of emails sent to and from the account (including all draft emails and deleted emails), the source and destination addresses associated with each email, the date and time at which each email was sent, the size and length of each email, and the true and accurate header information including the actual IP addresses of the sender and the recipient of the emails, and all attachments;

d. The contents of all instant messages associated with the account, including stored or preserved copies of instant messages (including iMessages, SMS messages, and MMS messages) sent to and from the

2

account (including all draft and deleted messages), the source and destination account or phone number associated with each instant message, the date and time at which each instant message was sent, the size and length of each instant message, the actual IP addresses of the sender and the recipient of each instant message, and the media, if any, attached to each instant message;

e. The contents of all files and other records stored on iCloud, including all iOS device backups, all Apple and third-party app data, all files and other records related to iCloud Mail, iCloud Photo Sharing, My Photo Stream, iCloud Photo Library, iCloud Drive, iWork (including Pages, Numbers, Keynote, and Notes), iCloud Tabs and bookmarks, and iCloud Keychain, and all address books, contact and buddy lists, notes, reminders, calendar entries, images, videos, voicemails, device settings, and bookmarks;

f. All activity, connection, and transactional logs for the account (with associated IP addresses including source port numbers), including FaceTime call invitation logs, messaging and capability query logs (including iMessage, SMS, and MMS messages), mail logs, iCloud logs, iTunes Store and App Store logs (including purchases, downloads, and updates of Apple and third-party apps), My Apple ID and iForgot logs, sign-on logs for all Apple services, Game Center logs, Find My and

3

AirTag logs, logs associated with web-based access of Apple services (including all associated identifiers), and logs associated with iOS device purchase, activation, and upgrades;

g. All records and information regarding locations where the account or devices associated with the account were accessed, including all data stored in connection with AirTags, Location Services, Find My, and Apple Maps;

h. All records pertaining to the types of service used;

i. All records pertaining to communications between Apple and any person regarding the account, including contacts with support services and records of actions taken; and

j. All files, keys, or other information necessary to decrypt any data produced in an encrypted form, when available to Apple (including, but not limited to, the keybag.txt and fileinfolist.txt files).

4

II.     **Information to be Seized by the Government**

All information described above in Section I that constitutes evidence of violations of 18 U.S.C. §§ 922(a)(1)(A) [Dealing in firearms without a license] and 922(a)(6) [Providing false statements to an FFL] that have been committed by Cameron MCCAIN and the SUBJECT ACCOUNT during the period between October 1, 2022, to February 4, 2025, in the form of following:

a. Evidence indicating how and when the email account was accessed or used, to determine the geographic and chronological context of account access, use, and events relating to the crime under investigation and to the email account owner;

b. the identity of the person(s) who created or used the user ID, including records that help reveal the whereabouts of such person(s);

c. any records pertaining to the means and source of payment for services (including any credit card or bank account number or digital money transfer account information);

d. evidence that may identify any co-conspirators, accomplices, or aiders and abettors, including records that help reveal their whereabouts;

e. any records related to weapons acquisition or sales, including all communications between co-conspirators, accomplices, or aiders and abettors that began, ended, or took place during the time period of October 1, 2022, to February 4, 2025;

5

f. photographs and videos which evidence the commission of or involvement in the criminal offenses specified above and/or connection to co-conspirators, accomplices, or aiders and abettors in the investigation between the dates of October 1, 2022, to February 4, 2025;

g. any records that document preparatory steps taken to illegally acquire firearms for the time period of October 1, 2022, to February 4, 2025;

h. all the search and browsing history associated with the account as well as any news or media coverage, to the extent the data is related to weapons possession/sale, or preparatory steps for that offense, for the time period of October 1, 2022, to February 4, 2025;

i. contact information, including phone numbers and names, that were created, deleted, or existed in the cloud for the time period of October 1, 2022, to February 4, 2025;

j. the contents of any emails exchanged related to weapons possession/sale, or preparatory steps for that offense, including stored or preserved copies of emails associated with the account (including all draft emails and deleted emails) the source and destination addresses associated with each email, the date and time at which each email was sent, the size and length of each email, and the true and accurate header information including the actual IP addresses of the sender and the recipient of the

6

emails, and all attachment for the time frame of October 1, 2022, to February 4, 2025;

k. the contents of all instant messages and chat messages related to weapons possession/sale, or preparatory steps for that offense, that are associated with the account including stored or preserved copies of instant messages (including iMessages, SMS messages, and MMS messages) sent to and from the account (including all draft and deleted messages), the source and destination account or phone number associated with each instant message, the date and time at which each instant message was sent, the size and length of each instant message, the actual IP addresses of the sender and the recipient of each instant message, and the media, if any, attached to each instant message that was a part of an instant message conversation between the dates of October 1, 2022, to February 4, 2025;

l. evidence of user attribution showing who used or owned the account at the time the things described in this warrant were created, edited, or deleted, such as logs, phonebooks, saved usernames and passwords, documents, and browsing history for the time period of October 1, 2022, to February 4, 2025;

m. records of IP addresses used for the time period of October 1, 2022, to February 4, 2025;

n. the contents of all files and other records related to weapons possession/sale, or preparatory steps for that offense, that are stored on iCloud including all iOS device backups, all Apple and third-party app data, all files and other records related to iCloud Mail, iCloud Photo Sharing, My Photo Stream, iCloud Photo Library, iCloud Drive, iWork (including Pages, Numbers, Keynote, and Notes), iCloud Tabs, and iCloud Keychain, and all images and videos for the time period of October 1, 2022, to February 4, 2025;

o. any and all "Backup Folders" related to weapons possession/sale, or preparatory steps for that offense, that may contain backups of the data being searched as set forth in this warrant for the time period of October 1, 2022, to February 4, 2025;

p. all records and information related to weapons possession/sale, or preparatory steps for that offense, regarding locations where the account was accessed, including all data stored in connection with Location Services, Find My iPhone, Find My Friends, and Apple Maps, for the time period of October 1, 2022, to February 4, 2025; and

q. records of Internet activity, including firewall logs, caches, browser history and cookies, "bookmarked" or "favorite" web pages, search terms that the user entered into any Internet search engine, and records of user-typed web addresses, to the extent the data is related to illegal

8

acquisition and sale of firearms, preparatory steps for those offenses, or conspirators for the time period of October 1, 2022, to February 4, 2025.

As used above, the terms "records" and "information" include all of the foregoing items of evidence in whatever form and by whatever means they may have been created or stored, including any form of computer or electronic storage (such as flash memory or other media that can store data) and any photographic form.